# Supreme Court of Florida

FRIDAY, MARCH 20, 2020

**CASE NO.: SC20-392**

IN RE: COVID-19 EMERGENCY MEASURES RELATING TO THE RULES
REGULATING THE FLORIDA BAR

---

In light of the ongoing public health emergency caused by the Coronavirus
Disease 2019 (COVID-19) pandemic, the Court has determined that certain
requirements under the Rules Regulating the Florida Bar that govern attorney
discipline, the unauthorized practice of law, and lawyer advertisements should be
temporarily suspended.

Accordingly, at the request of The Florida Bar and pursuant to the Court's
authority under article V, section 15 of the Florida Constitution:

IT IS ORDERED that, effective immediately upon the release of this order,
the following provisions of the Rules Regulating the Florida Bar are suspended,
until further order of the Court:

1. All time periods and deadlines in Chapter 3 (Rules of Discipline) of the
Rules Regulating the Florida Bar for all Florida Bar discipline cases.

2. All time periods and deadlines in Chapter 10 (Rules Governing the Investigation and Prosecution of the Unlicensed Practice of Law) of the Rules Regulating the Florida Bar for all unlicensed practice of law cases.

3. The filing and evaluation requirements for lawyer advertisements under Rule Regulating the Florida Bar 4-7.19 (Evaluation of Advertisements).

CANADY, C.J., and POLSTON, LABARGA, LAWSON, and MUÑIZ, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE MEASURES.

A True Copy
Test:



John A. Tomasino
Clerk, Supreme Court

so
Served:

JOSHUA E. DOYLE
JAMES T. ALMON
MICHELE A. GAVAGNI
ELIZABETH CLARK TARBERT